**Dismissed and Memorandum Opinion filed October 1, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00786-CR

---

**ENQU ZELEKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1353854**

---

## M E M O R A N D U M    O P I N I O N

After a jury trial, appellant was convicted of the offense of possession of a controlled substance and sentenced to confinement for two years in the State Jail Division of the Texas Department of Criminal Justice on March 26, 2013. No motion for new trial was filed. Appellant's notice of appeal was not filed until August 9, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices McCally and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).